UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL,<br><br>               Plaintiff,<br><br>     v.<br><br>DOUGLAS COLE *et al*.,<br><br>               Defendants. | Case No. C08-5131RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 24);

    (2)    All Defendants except Defendant Schneider are **DISMISSED WITH PREJUDICE**.

    (3)    The Fourteenth Amendment Claim is **DISMISSED**.

    (3)    The Fed. R. Civ. P. 12 (b)(6) Motion to Dismiss Defendant Schneider and the Eighth Amendment claim is **DENIED.**

    (4)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 4th of August, 2008.

                                             /s/ Robert J. Bryan
                                             ROBERT J. BRYAN
                                             United States District Judge