1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARRIE M. HALL,

            Plaintiff,

      v.

SUPERINTENDENT DOUGLAS COLE, *et al.*,

            Defendants.

Case No. C08-5131RJB/JKA

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME

        This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion for an extension of time (Dkt # 30). The motion was a generic motion made in three separate cases (Dkt. # 30).

        The only pleading the motion might apply to in this case is defendant Myles Schneider's motion to dismiss.  That motion is noted for September 26, 2008, (Dkt # 28).  Plaintiff's motion is **GRANTED**.

        Plaintiff will have until **October 20, 2008**, to file a response to the motion to dismiss.  The response must be filed and served on counsel by October 20, 2008. Counsel will have until **October**

ORDER - 1

1   **24, 2008**, to file a reply and the motion to dismiss, (Dkt # 28), is re-noted for **October 24, 2008**.

2       The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for

3   defendants, re-note (Dkt. # 28) for **October 24, 2008**, and remove (Dkt. # 30) from the court

4   calendar.

5

6       DATED this 25 day of September, 2008.

7

8

9                          */S/ J. Kelley Arnold*

10                          J. Kelley Arnold
                         United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2