UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL, <br><br> Plaintiff, <br><br> v. <br><br> SUPERINTENDENT DOUGLAS COLE, *et al.*, <br><br> Defendants. | Case No. C08-5131RJB/JKA <br><br> ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's second motion for an extension of time (Dkt # 34). The motion is a generic motion made in three separate cases (Dkt. # 34). Plaintiff was granted an extension of time on a similar motion in September. She was given an additional month to respond to the pending motion to dismiss.

In the motion to dismiss, the sole remaining defendant alleges plaintiff did not exhaust her administrative remedies (Dkt # 28). The Defendant opposes the motion for an extension of time for a number of reasons, including an allegation the motion was not served on opposing counsel (Dkt #

ORDER - 1

35).

In March, when the court ordered this action served, the court informed plaintiff:

(3) Filing and Service by Parties, Generally.

All original documents and papers submitted for consideration by the court in this case, are to be filed with the Clerk of this court. The originals of all such papers shall indicate in the upper righthand corner the name of the Magistrate Judge to whom the copies are to be delivered. **The papers shall be accompanied by proof that such documents have been served upon counsel for the opposing party (or upon any party acting pro se). The proof shall show the day and manner of service and may be written acknowledgment of service, by certificate of a member of the bar of this court, or by affidavit of the person who served the papers**.

(Dkt. # 7, emphasis added). There is nothing in the record to indicate the motion for an extension of time was served on opposing counsel.

The plaintiff does not show good cause for an additional extension of time. Further, the court will not consider pleadings not properly served on opposing counsel. The motion is **DENIED**.

The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendants, and remove (Dkt. # 34) from the court calendar.

DATED this 12 day of November, 2008.


> /S/ *J. Kelley Arnold*
> J. Kelley Arnold
> United States Magistrate Judge

ORDER - 2