UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUGLAS COLE *et al.*,<br><br>        Defendants. | Case No. C08-5131RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt 37), and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff did not exhaust her administrative remedies. She refused to be interviewed and the grievance was administratively withdrawn. This case should be **DISMISSED WITHOUT PREJUDICE**.

(3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 3rd day of December, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1